No. 65764.—A. N. Deringer, Inc. *v.* United States, protests 58/25386, etc. (Portland, Maine).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of fish similar in all material respects to the fish blocks the subject of *The Lee Herrmann Co., a/c The Coldwater Seafood Corp* v. *United States* (43 Cust. Ct. 49, C.D. 2101), the claim of the plaintiff was sustained.

No. 65765.—Page & Jones, Inc. *v.* United States, protests 59/12465, etc. (Mobile).

Opinion by WILSON, J. The protests were dismissed for lack of prosecution.

No. 65766.—C. J. Tower & Sons *v.* United States, protest 60/16423 (Buffalo).

Opinion by WILSON, J. The protest was dismissed for lack of prosecution.

No. 65767.—Railway Express Agency, Inc. *v.* United States, protest 60/22112–11362 (Chicago).

Opinion by WILSON, J. The protest was dismissed for lack of prosecution.